# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Estate of Keandre Bost,**

    **Plaintiff,**

    **v.**

**Franklin County,** *et al.,*

    **Defendants.**

**Case No. 2:25-cv-305**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

Plaintiff's counsel is **ORDERED** to show cause as to why she did not indicate on the civil cover sheet that this case was related to Case No. 2:22-cv-4476. *See* S.D. Ohio Civ. R. 3.1(b) ("An initiating party shall identify on the civil cover sheet or other form provided by the Clerk any previously filed case or cases in the District that the party knows or believes to be related."). Given that it neither raise federal claims nor establishes complete diversity of the parties, moreover, counsel is **ORDERED** to show cause as to why the Court should not dismiss Case No. 2:25-cv-305 for lack of subject-matter jurisdiction. Plaintiff shall file its show-cause response within **FIVE DAYS** and shall not exceed **FIVE PAGES**. Failure to timely respond will result in immediate dismissal of the case without prejudice for lack of subject-matter jurisdiction.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**