IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | | |
|---|---|---|
| ESTATE OF KEANDRE BOST, *Deceased*, | ) ) ) | CASE NO. 2:25-cv-00305-MHW-EPD |
| *Plaintiff*, | ) ) | |
| vs. | ) ) | |
| FRANKLIN COUNTY/FRANKLIN COUNTY BOARD OF. COMMISSIONERS, *et al* | ) ) ) ) | JUDGE MICHAEL H. WATSON |
| *Defendant*. | ) | |

## NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Estate of Keandre Bost and / or their Counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants Franklin County, Franklin County Board of Commissioners, et al.

**DATE SUBMITTED: 07/25/2025**

                                              Respectfully Submitted,

                                              /s/ Clarissa A. Smith

                                              _____
                                              Clarissa A. Smith, Esq. (0095891)
                                              1220 W. Sixth Street
                                              Cleveland, OH 44113
                                              Tel: (216) 327-1706
                                              Fax: (216) 274-9915
                                              Email: clarissa.a.smithesq@gmail.com
                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, a copy of the foregoing Notice was filed electronically. Notice of this filing was sent to all parties via ordinary mail to the following addresses:

FRANKLIN COUNTY/FRANKLIN
COUNTY BOARD OF
COMMISSIONERS, Kevin Boyce, John
O'Grady, and Erica Crawley
373 South High Street, 26th Floor
Columbus, Ohio 43215

FRANKLIN COUNTY SHERIFF,
Dallas L. Baldwin
373 South High Street
Columbus, Ohio 43215

CORRECTIONAL OFFICER STEPHEN
WITHROW
373 South High Street
Columbus, Ohio 43215

CORRECTIONAL OFFICER JACKIE
LUCAS
373 South High Street
Columbus, Ohio 43215

CORRECTIONAL OFFICER JUSTIN COFFEY
373 South High Street
Columbus, Ohio 43215

/s/ Clarissa A. Smith

_____
Clarissa A. Smith, Esq.